**Opinion issued October 6, 2015**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-15-00603-CV**

_____

**HARRIS COUNTY APPRAISAL DISTRICT, Appellant**

**V.**

**GRACE BUSINESS INVESTMENTS LLC, Appellee**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-44533**

**MEMORANDUM OPINION**

This is an appeal from a judgment signed July 8, 2015. On September 16, 2015, the parties filed a joint motion to reverse the trial court's judgment and remand the case to the trial court for rendition of a revised judgment. *See* TEX. R. APP. P. 42.1(a)(2)(B). No opinion has issued.

The motion is granted, the trial court's judgment is set aside, and the case is remanded to the trial court for rendition of a revised judgment consistent with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). We dismiss any other pending motions as moot. The Clerk is directed to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1(c).

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Brown.